UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENISE FACUSSÉ,

      Plaintiff,

vs.                                        Case No.  3:07-cv-442-J-33MCR

LaNIETA CARTER, Employee of Social
Security,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the United States of America's Motion and

Memorandum for Substitution (Doc. 7) filed June 19, 2007.  Plaintiff filed a response on

July 19, 2007.  Accordingly this matter is ripe for review.

Defendant seeks an Order from this Court substituting the Commissioner of the

Social Security Administration ("SSA"), Michael J. Astrue, as the sole defendant in this

case, in place of LaNieta Carter.  (Doc. 7).  Defendant argues Plaintiff's allegations in

her Complaint appear to arise under the Social Security Act and thus, this action should

be a suit against the Commissioner of Social Security, in his official capacity, because

the Commissioner is the only party responsible for the discharge of administrative

duties.  Id. at 2.  Plaintiff responds to this Motion that she is not opposed to the

substitution.  (Doc. 10).

Upon review of Plaintiff's allegations, the Court has determined that Plaintiff's

claims against LaNieta Carter are claims against Ms. Carter in her official capacity as an employee of the SSA.  Specifically, Plaintiff claims Ms. Carter wrongfully suspended Plaintiff's Supplemental Security Income payments.  (Doc. 2, p. 3).  The decision to suspend Plaintiff's payments was an administrative decision made by Ms. Carter as an employee of the SSA.  Because Ms. Carter's actions were within the scope of her administrative duties as an employee of the SSA and because the Commissioner is the sole person responsible for the discharge of Social Security administrative duties, the Commissioner should be substituted as the proper defendant in place of Ms. Carter. See Rosado v. Curtis, 885 F. Supp. 1538, 1542 (M.D. Fla. 1995), aff'd, 84 F.3d 437 (11th Cir. 1996) (stating a suit against government employees in their official capacities is essentially a suit against the United States).  Plaintiff does not state she intended to sue Ms. Carter in her personal capacity and in fact, Plaintiff does not oppose substitution.  (Doc. 10, p. 1).  The Court finds the Government's Motion is due to be granted.

Accordingly, after due consideration, it is

**ORDERED**:

The United States of America's Motion and Memorandum for Substitution (Doc. 7) is **GRANTED**.  The Clerk of Court is directed to substitute the Commissioner of the Social Security Administration, Michael J. Astrue, as the sole defendant in this case in place of LaNieta Carter.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __25th__ day of

**July**, 2007.


_Monte C. Richardson_

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE


Copies to:


Counsel of Record

Pro Se Plaintiff