UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENISE FACUSSE,

          Plaintiff,

vs.                                          Case No.  3:07-cv-442-J-33MCR

MICHAEL J. ASTRUE, Commissioner of the Social
Security Administration,

          Defendant.
_____/

**ORDER**

      This cause comes before the Court pursuant to United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #18), entered on September 11, 2007, recommending that Astrue's Motion to Dismiss (Doc. #15) be granted.  As of the date of this Order, Facusse has not filed an objection to the report and recommendation.[1]

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence

---

[1] A Notice regarding case by Denise Facusse was entered on the docket on September 20, 2007.  (Doc. #19.)  However, this document does not address the Report and Recommendation at all, and seems to be addressed towards the defendant in regards to the plaintiff's mental health.

of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #18) of United States Magistrate Judge Monte C. Richardson.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #18) is **ACCEPTED** and **ADOPTED.**

2. Astrue's Motion to Dismiss (Doc. #15) is **GRANTED**. This case is dismissed.

3. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 2nd day of October, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record